# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

Case No. 17-33565-WRS

Chapter 13

STACEY ANN ANDERSON,

    Debtor.

## ORDER GRANTING MOTION TO MODIFY

For the reasons set forth on the record on March 18, 2021, on Debtor's Motion to Modify Plan (Doc. 30), it is

ORDERED that the motion is GRANTED.

Done this 19th day of March, 2021.

William R. Sawyer
United States Bankruptcy Judge

c:    Debtor
      Gail Donaldson, Attorney for Debtor
      Sabrina L. McKinney, Trustee

United States Bankruptcy Court
Middle District of Alabama

In re:
Stacey Ann Anderson
Debtor

Case No. 17-33565-WRS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2 User: admin Page 1 of 1
Date Rcvd: Mar 19, 2021 Form ID: pdfSOME Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacey Ann Anderson, 1109 Devonshire Drive, Montgomery, AL 36116-2862 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Gail Donaldson | on behalf of Debtor Stacey Ann Anderson Gdonaldson@bondnbotes.com gailhdonaldson@gmail.com |
| Larry E. Darby, Esq | on behalf of Creditor Liberty Square LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 4